AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

| | | |
|---|---|---|
| John H. Murphy<br><br>*Plaintiff(s)*<br>v.<br><br>Millard C. Farmer, Jr.,<br>Alfred L. King, Jr.,<br>Larry King, P.C.,<br>Deborah L. Beacham, et. al<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:15-cv-92-TCB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Millard C. Farmer, Jr.
1196 DeKalb Avenue
Atlanta, Georgia 30307


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Wilmer Parker
MALOY JENKINS PARKER
75 14th Street, N.E.
Suite 2500
Atlanta, GA 30309
(404) 875-2700

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.



CLERK OF COURT

Date: 5/22/15

s/Robin Harlan

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Millard C. Farmer, Jr.

was received by me on *(date)*   05/27/2015

☒ I personally served the summons on the individual at *(place)*   Troup County Superior Court, 100 Ridley Avenue, Lagrange, GA 30240   on *(date)* 05/28/15 at 10:05 a.m.; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date:  05/28/15

*Server's signature*

Michael N. Ciravolo, President & Chief Investigator
*Printed name and title*

One Penn Plaza, 50th Floor, New York, NY 10119
*Server's address*

Additional information regarding attempted service, etc: