IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| JOHN H. MURPHY,<br><br>    Plaintiff,<br><br>v.<br><br>MILLARD C. FARMER, JR., et al.,<br><br>    Defendants. | CIVIL ACTION FILE NO.<br><br>3:15-cv-092-TCB |

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amended the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified:

*The Court GRANTS the parties' request for an 8-month discovery track. Discovery now ends on January 10, 2017.*

IT IS SO ORDERED this 2nd day of August, 2016.

_____
TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)