# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **JOHN MURPHY ,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case  No.   3:15 cv 00092-TCB** |
| **vs.** ) | |
| ) | |
| ) | |
| **DEBORAH BEACHAM, et al** ) | |
| ) | |
| **Defendant** ) | |

## ENTRY OF APPEARANCE

COMES NOW, Shannon D. Briley, and hereby files this Entry of Appearance as attorney of record on behalf of Defendant Deborah Beacham.  Please send all notices and correspondence to Attorney Shannon Briley at the following mailing address:

The Law Firm of Shannon Briley & Associates
9186 Fairhaven Place
Jonesboro, Georgia 30236

Respectfully Submitted this 2nd  day of August , 2016

/s/ Shannon D. Briley
Shannon D. Briley
Georgia Bar # 447679

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **JOHN MURPHY ,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case  No.   3:15 cv 00092-TCB** |
| **vs.** | ) | |
| | ) | |
| | ) | |
| **DEBORAH BEACHAM, et al** | ) | |
| | ) | |
| **Defendant** | ) | |

## CERTIFICATE OF SERVICE

I, Shannon D. Briley, do hereby certify that a copy of the foregoing Entry of

Appearance   was served upon  Opposing Counsel,  via the em/ecf electronic filing

system.

Respectfully Submitted this 2nd day of August , 2016

/s/ Shannon D. Briley
Shannon D. Briley
Georgia Bar # 447679