IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| JOHN H. MUPRHY, | CIVIL ACTION FILE |
| Plaintiff, | |
| v. | NUBMER 3:15-CV-00092-TCB |
| MILLARD C. FARMER, JR., et al., | |
| Defendants. | |

## ORDER

This case comes before the Court on a motion [91] to drop Alfred L. King, Jr. and Larry King, P.C. as party defendants. They and Plaintiff have filed a stipulation dismissing Plaintiff's claims against the King Defendants with prejudice. Accordingly, the Court grants the joint motion [91] and drops Defendants Alfred L. King, Jr. and Larry King, P.C. as parties from the case.

IT IS SO ORDERED this __30th__ day of __November__, 2016.

_____
Timothy C. Batten, Sr.
United States District Judge

5818072v.1