IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| JOHN H. MURPHY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | NO. 3:15-cv-092-TCB |
| | ) | |
| MILLARD C. FARMER, JR., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

The proceedings in this case have been stayed pursuant to 11 U.S.C. §362, because one of the defendants, Deborah L. Beacham, is presently involved in an action in the Bankruptcy Court. The Clerk of Court is DIRECTED to mark this case closed for statistical purposes. The Court, however, will retain jurisdiction. The case will be restored to the trial docket upon motion of a party following the termination or expiration of the stay should circumstances change which allow the action to proceed to disposition. This Order will not prejudice the rights of the parties to this litigation in any manner.

IT IS SO ORDERED this 31st day of July, 2017.

_____
Timothy C. Batten, Sr.
United States District Judge