IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

JOHN H. MURPHY,

     Plaintiff,

v.

MILLARD C. FARMER, JR.,
ALFRED L. KING, JR., LARRY
KING, P.C., DEBORAH L.
BEACHAM, and MY ADVOCATE
CENTER, INC.,

     Defendants.

CIVIL ACTION FILE

NUMBER 3:15-cv-00092-TCB

## O R D E R

This case comes before the Court on Defendant Millard Farmer's motion in limine [104]. Because Farmer has ignored the local rules and instructions from the Court, Farmer's motion is ordered to be stricken from the record.

Local Rule 7.1 governs motions practice in this Court. Absent prior permission of the Court, all motions are limited to twenty-five pages. LR 7.1(D) NDGa. In the Court's instructions to parties and

counsel in this case, Farmer was instructed that a brief supporting a motion in limine could not exceed 25 pages.

On September 1, 2017, Farmer filed a 271-page motion in limine along with a 399-page brief in support. These documents do not comport with the formatting requirements of the Court or the basic rules of grammar. The documents appear to be an attempt to introduce irrelevant information and unsupported accusations into this proceeding, which is currently administratively closed.

The parties have previously been warned that motions and filings in this case are not to be used for the purpose of harassment, intimidation, or grandstanding. Subsequent filings by Farmer that exhibit a similar disregard for the rules of the Court and the professional and ethical obligations of a member of the bar will result in immediate and severe sanctions.

For the foregoing reasons, Farmer's motion in limine [104] is to be stricken from the record.

IT IS SO ORDERED this 7th day of September 2017.

_____
Timothy C. Batten, Sr.
United States District Judge