IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| JOHN H. MURPHY,<br><br>    Plaintiff,<br><br>v.<br><br>MILLARD C. FARMER, JR.,<br>DEBORAH L. BEACHAM, and<br>MY ADVOCATE CENTER, INC.,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NUMBER 3:15-cv-0092-TCB |

## **O R D E R**

This case comes before the Court on Plaintiff John Murphy's motion to reopen this case [108] and Defendant Millard Farmer's motion for a status conference [107].

This case was administratively closed while Defendant Deborah Beacham was involved in an action in the Bankruptcy Court. Beacham subsequently received a Chapter 7 discharge. As such, her bankruptcy action no longer impedes the instant case from proceeding to disposition.

For the foregoing reasons, Murphy's motion [108] is granted and the clerk is instructed to reopen this case and set the case for trial for January 22, 2018. The pre-trial conference is hereby set for January 17, 2018 at 10:00 a.m. As the current status of this case is clear, Farmer's motion for a status conference [107] is denied.

IT IS SO ORDERED this 2d day of November, 2017.

_____
Timothy C. Batten, Sr.
United States District Judge