# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| JOHN H. MURPHY,<br>   Plaintiff,<br><br>v.<br><br>MILLARD C. FARMER, JR.,<br>DEBORAH L. BEACHAM, and<br>MY ADVOCATE CENTER, INC.,<br>   Defendants. | CIVIL ACTION FILE<br>NO. 3:15-CV-00092-TCB |

## MOTION TO DROP DEFENDANT DEBORAH L. BEACHAM

Plaintiff John Murphy moves this Court to drop Deborah L. Beacham as a party Defendant. Federal Rule of Civil Procedure 21 gives the Court discretion to drop a party at any time on just terms. Defendant Beacham has received a Chapter 7 discharge of all pre-bankruptcy liabilities. Accordingly, Movant thus asks the Court to drop Deborah L. Beacham as party from the case.

This 2nd day of November, 2017.

                                                          Respectfully submitted,
                                                          /s/   Wilmer Parker
                                                          Wilmer Parker
                                                          Georgia Bar No. 563550

                                                          MALOY JENKINS PARKER
                                                          One Midtown Plaza
                                                          1360 Peachtree Street, N.E.
                                                          Suite 910
                                                          Atlanta, Georgia 30309
                                                          404.875.2700, phone
                                                          404.875.8757, fax
                                                          parker@mjplawyers.com

# **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing filing into this District's ECF System, which will automatically forward a copy to counsel of record in this matter.

Dated: This 2nd day of November, 2017.

Respectfully submitted,
/s/   Wilmer Parker
Wilmer Parker
Georgia Bar No. 563550

MALOY JENKINS PARKER
One Midtown Plaza
1360 Peachtree Street, N.E.
Suite 910
Atlanta, Georgia 30309
404.875.2700, phone
404.875.8757, fax
parker@mjplawyers.com