# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# NEWNAN DIVISION

| | |
|---|---|
| JOHN H. MURPHY, | |
| Plaintiff, | |
| v. | CIVIL ACTION FILE |
| MILLARD C. FARMER, JR., DEBORAH L. BEACHAM, and MY ADVOCATE CENTER, INC., | NO. 3:15-CV-00092-TCB |
| Defendants. | |

## ORDER

This case comes before the Court on a motion [110] to drop Deborah L. Beacham as party defendant who has received a Chapter 7 discharge from bankruptcy. Accordingly, the Court grants the motion [110] and drops Defendant Deborah L. Beacham as party from the case.

IT IS SO ORDERED this 13th day of Nov., 2017.

_____
Timothy C. Batten, Sr.
United States District Judge