IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

JOHN H. MURPHY,

     Plaintiff,

v.

MILLARD C. FARMER, JR., and
MY ADVOCATE CENTER, INC.,

     Defendants.

CIVIL ACTION FILE

NUMBER 3:15-cv-0092-TCB

## O R D E R

This case comes before the Court on Plaintiff John Murphy's motion [112] to drop My Advocate Center, Inc. as a party defendant. For good cause shown, the Court grants the motion [112] and drops Defendant My Advocacy Center, Inc. as party from the case.

IT IS SO ORDERED this 23rd day of January, 2018.

Timothy C. Batten, Sr.
United States District Judge