Question 1

Question: Is it common practice for a judge to back date a court order?

3:10pm

FILED IN CHAMBERS
U.S.D.C. - Newnan

JAN 25 2018

James N. Hatten, Clerk
By: _____ Deputy Clerk