FILED IN OPEN COURT
U.S.D.C. - Newnan

JAN 26 2018

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

JOHN H. MURPHY,

    Plaintiff,

v.

MILLARD C. FARMER, JR.,

    Defendant.

CIVIL ACTION FILE

NUMBER 3:15-cv-92-TCB

## VERDICT AS TO LIABILITY

### COUNT 1: Federal RICO Claim

Do you find by a preponderance of the evidence that (1) an enterprise existed; (2) that the enterprise engaged in, or had some effect on, interstate or foreign commerce; (3) that Mr. Farmer was associated with the enterprise; (4) that Mr. Farmer participated, either directly or indirectly, in the conduct of the affairs of the enterprise; and (5) that Mr. Farmer participated in the enterprise through a pattern of racketeering activity?

    Answer Yes or No: __NO__

If you answered "No," please proceed to the next count; do not answer the jury interrogatories. If you answered "Yes," please answer the following questions:

**Jury Interrogatories Count 1:**

Did Mr. Murphy prove by a preponderance of the evidence that the pattern of racketeering activity included the following acts of racketeering activity, as alleged in Count 1?

**Racketeering Act Number 1:** Attempted theft by extortion, O.C.G.A. § 16-8-16, Predicate Act 1.

_____ Yes          _____ No

**Racketeering Act Number 2:** Attempted bribery, O.C.G.A. § 16-8-2, Predicate Act 2.

_____ Yes          _____ No

**Racketeering Act Number 3:** Interstate travel in aid of racketeering, 8 U.S.C. § 1952, Predicate Act 5.

_____ Yes          _____ No

**Racketeering Act Number 4:** Kidnapping for extortion, 14 V.I.C. § 1052, Predicate Act 6.

_____ Yes          _____ No

**Racketeering Act Number 5:** Mail fraud, 18 U.S.C. § 1343, Predicate Act 10.

\_\_\_\_\_ Yes          \_\_\_\_\_ No

**Racketeering Act Number 6:** Wire fraud, 18 U.S.C. § 1341, Predicate Act 11.

\_\_\_\_\_ Yes          \_\_\_\_\_ No

## COUNT 2: Conspiracy to Violate Federal RICO

Do you find by a preponderance of the evidence that (1) two or more people agreed to try to accomplish an unlawful plan to engage in a pattern of racketeering activity; and (2) Mr. Farmer agreed to the overall objective of the conspiracy OR agreed with at least one other co-conspirator to commit two predicate acts as part of the conspiracy?

Answer Yes or No:    __NO__

## COUNT 3: Georgia RICO Claim

Do you find by a preponderance of the evidence that (1) an enterprise existed; (2) that Mr. Farmer was employed or associated with the enterprise; (3) that Mr. Farmer participated, either directly or indirectly, in the conduct of the affairs of the enterprise; and (4) that Mr. Farmer participated in the enterprise through a pattern of racketeering activity?

Answer Yes or No: __Yes__

If you answered "No," please proceed to the next count; do not answer the jury interrogatories. If you answered "Yes," please answer the following questions:

**Jury Interrogatories Count 3:**

Did Mr. Murphy prove by a preponderance of the evidence that the pattern of racketeering activity included the following acts of racketeering activity, as alleged in Count 3?

**Racketeering Act Number 1:** Attempted theft by extortion, O.C.G.A. § 16-8-16.

__✓__ Yes   ____ No

4

**Racketeering Act Number 2:**  Attempted bribery, O.C.G.A. § 16-10-2.

✓ Yes          _____ No

**Racketeering Act Number 3:**  Intimidation of a Court Officer, O.C.G.A. § 16-10-2.

✓ Yes          _____ No

**Racketeering Act Number 4:**  Influencing witnesses, O.C.G.A. § 16-10-93.

✓ Yes          _____ No

**Racketeering Act Number 5:**  Interstate travel in aid of racketeering, 18 U.S.C. § 1952.

✓ Yes          _____ No

**Racketeering Act Number 6:**  Kidnapping for extortion, 14 V.I.C. § 1052.

_____ Yes          ✓ No

**Racketeering Act Number 7:**  Interference with custody, O.C.G.A. § 16-5-45.

✓ Yes  ____ No

**Racketeering Act Number 8:**  Filing a false report of child abuse via interstate wires, T.C.A. § 37-1-413.

____ Yes  ✓ No

**Racketeering Act Number 9:**  Filing a false report of child abuse in furtherance of a scheme to extort, 14 V.I.C. § 2146(c).

____ Yes  ✓ No

**Racketeering Act Number 10:**  Mail fraud, 18 U.S.C. § 1341.

____ Yes  ✓ No

**Racketeering Act Number 11:**  Wire fraud, 18 U.S.C. § 1343.

____ Yes  ✓ No

### COUNT 4: Conspiracy to Violate Georgia RICO

Do you find by a preponderance of the evidence that (1) two or more people agreed to try to accomplish an unlawful plan to engage in a

pattern of racketeering activity; and (2) that Mr. Farmer agreed to the overall objective of the conspiracy OR agreed with at least one other co-conspirator to commit two predicate acts as part of the conspiracy?

Answer Yes or No: __NO__

SO SAY WE ALL this 26 day of January, 2018.

__*Greg Ivey*__  
Foreperson's Signature

__Greg Ivey__  
Foreperson's Printed Name