FILED IN OPEN COURT
U.S.D.C. - Newnan

JAN 2 6 2018

JAMES N. HATTEN, Clerk
By: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

JOHN H. MURPHY,

    Plaintiff,

v.

MILLARD C. FARMER, JR.,

    Defendant.

CIVIL ACTION FILE

NUMBER 3:15-cv-92-TCB

## V E R D I C T [DAMAGES]

### COUNT 3: Georgia RICO Claim

We, the jury, find that the Plaintiff Murphy proved damages

resulting from Defendant Farmer's violation of the Georgia Rico Act in

the amount of $ _80,945.08_.

SO SAY WE ALL this _26_ day of January, 2018.

_____
Foreperson's Signature

_____
Foreperson's Printed Name

Greg Ivey