FILED IN OPEN COURT
U.S.D.C. - Newnan

JAN 26 2018

JAMES N. HATTEN, Clerk
By: *S. Edwards*
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| JOHN H. MURPHY,<br><br>    Plaintiff,<br><br>v.<br><br>MILLARD C. FARMER, JR.,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NUMBER 3:15-cv-92-TCB |

## V E R D I C T [PUNITIVE DAMAGES]

We, the jury, award punitive damages to Plaintiff Murphy and against Defendant Farmer in the amount of $_____0_____.

If you awarded Plaintiff Murphy punitive damages, specify whether you find that Mr. Farmer acted with specific intent to cause harm: _____ Yes  _____ No

SO SAY WE ALL this 26 day of January, 2018.

_____*Greg Ivey*_____          _____Greg Ivey_____
Foreperson's Signature              Foreperson's Printed Name