FILED IN OPEN COURT
U.S.D.C. - Newnan

JAN 2 6 2018

JAMES N. HATTEN, Clerk
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

JOHN H. MURPHY,

    Plaintiff,

v.

MILLARD C. FARMER, JR.,

    Defendant.

CIVIL ACTION FILE

NUMBER 3:15-cv-92-TCB

## J U DG M EN T

The jury having returned its Verdict in favor of Plaintiff in the amount of $80,945.08, the Court hereby trebles the damages pursuant to O.C.G.A. § 16-14-6(c) and enters Judgment in favor of Plaintiff and against Defendant in the amount of $242,835.24. Pursuant to Federal Rule of Civil Procedure 54(d)(2)(B), Plaintiff shall have fourteen days within which to file a motion pursuant to O.C.G.A. § 16-14-6(c) for the recovery of attorney's fees incurred in this case.

IT IS SO ORDERED this 26th day of January, 2018.

Hon. Timothy C. Batten, Sr.
United State District Judge