FILED IN CHAMBERS
U.S.D.C. - Newnan

JAN 26 2018

James N. Hatten, Clerk
By: /s/ S. Edwards, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

JOHN H. MURPHY,
   Plaintiff,

v.

MILLARD C. FARMER, JR.,
   Defendant.

CIVIL ACTION FILE
NO. 3:15-CV-00092-TCB

### PLAINTIFF'S EXHIBIT LIST

1·23·18   Exhibit 1: Conflictineering Documents, *admitted*

1·23·18   Exhibit 2: Kilpatrick Townsend Invoices, *admitted over objection*

1·24·18   Ex. 3: *Court of Appeals opinion*

This 23rd day of January, 2018.

Respectfully submitted,
/s/   Wilmer Parker
Wilmer Parker
Georgia Bar No. 563550

MALOY JENKINS PARKER
One Midtown Plaza
1360 Peachtree Street, N.E.
Suite 910
Atlanta, Georgia 30309
404.875.2700, phone
404.875.8757, fax
parker@mjplawyers.com