## ATTACHMENT G-2

Defendant Millard Farmer's Exhibits   3:15cv92

| Ex. No. | Description | Plaintiff's Objections | For Court Use |
|---|---|---|---|
| 1. | Mar 26 2012 letter, Taylor Drake to Michelle Murphy | | |
| 2. | Mar 27 2012 letter, Millard Farmer to Drake | | |
| 3. | Mar 29 2012 letter, Drake to Farmer | | |
| 4. | Apr 10-11 2012 email exchanges Drake/Farmer | | |
| 5. | Apr 11 2012 Complaint for Modification of Custody, verification, Standing Orders, *Murphy v. Murphy*, Coweta Superior Court, No. 2012-V-413 | | |
| 6. | Dec 20 2006 Final Divorce Decree, *Murphy v. Murphy*, Troup County Superior Court No. 2004-CV-494 | | |
| 7. | Aug 7 2006 Transcript of Agreement, *Murphy v. Murphy*, Troup County Superior Court No. 2004-CV-494 | | |

Attachment G-2 Page 1 of 21

FILED IN CHAMBERS
U.S.D.C. – Newman
JAN 26 2018
By: James N. Hatten, Clerk
Deputy Clerk

| For Court Use | Ex. No. | Description | Plaintiff's Objections |
|---|---|---|---|
| Admitted | 8. | Apr 27 2012 Order Appointing GAL, *Murphy v. Murphy*, Coweta Superior Court No. 2012-V-413 | |
| 1-24-18 | 9. | May 1 2012 Motion to Disqualify Judge Baldwin, *Murphy v. Murphy*, Coweta Superior Court No. 2012-V-413 | |
| | 10. | May 3 2012 1st Amended Motion to Disqualify Judge Baldwin, *Murphy v. Murphy*, Coweta Superior Court No. 2012-V-413 | |
| | 11. | May 11 2012 Answer, Counterclaim & 3rd Party Complaint, *Murphy v. Murphy*, Coweta Superior Court No. 2012-V-413 | |
| | 12. | June 4 2012 Addendum to 1st Amended Motion to Disqualify Judge Baldwin, *Murphy v. Murphy*, Coweta Superior Court No. 2012-V-413 | |
| 1-24-18 | 13. | June 7, 2012 Order denying Motion to Recuse, *Murphy v. Murphy*, Coweta Superior Court No. 2012-V-413 | |
| | 14. | Jun 11 2012 Motion to Disqualify GAL Melissa Griffis, *Murphy v. Murphy*, Coweta Superior Court No. 2012-V-413 | |

Attachment G-2 Page **2** of 21

*Admitted* 1-24-18

| Ex. No. | Description | Plaintiff's Objections | For Court Use |
|---|---|---|---|
| 21. | Aug 23 2013 Order re custody evaluation, *et al.*, Coweta Superior Court No. 2012-V-413 | | |
| 22. | Aug. 28 2013 Amendment to Aug 19 Consolidated Motion for Disqualification of Judge Baldwin, Coweta Superior Court No. 2012-V-413 | | |
| 23. | Sep 13 2013 Addendum to Aug 28 Amendment to Aug 19 Consolidated Motions for Disqualification of Judge Baldwin, Coweta Superior Court No. 2012-V-413 | | |
| 24. | Oct 7 2013 2nd Addendum to Amendment to Aug 19 Motion for Disqualification of Judge Baldwin, Coweta Superior Court No. 2012-V-413 | | |
| 25. | Oct 7 2013 Notice of Filing Original Affidavit of Alfred Larry King, Jr., Coweta Superior Court No. 2012-V-413 | | |
| 26. | Nov 26 2013 Consolidated Motion for Disqualification of Judge Baldwin, Coweta Superior Court No. 2012-V-413 | | |
| 27. | Dec 4 2013 Order Denying Motions to Disqualify Judge Baldwin, Coweta Superior Court No. 2012-V-413 | | |

| For Court Use | Ex. No. | Description | Plaintiff's Objections |
|---|---|---|---|
| Adm'tted | 53. | Baldwin Due to his Unconstitutional and Unethical Conduct as a State Actor, et al., Coweta Superior Court No. 2012-V-413 | |
| | | Jan 14 2015 Order Disallowing Filing of Dec 18 2014 Request for Permission to File, et al, the Motion for Disqualification of Judge Baldwin, Coweta Superior Court No. 2012-V-413 | |
| 1-24-18 | 54. | Feb 9 2015 Voluntary Order of Recusal of Judge Baldwin, Coweta Superior Court No. 2012-V-413 | |
| 1-24-18 | 55. | Feb 11 2015 Recusal Order of Judges Simpson, Blackmon and Hamrick, Coweta Superior Court No. 2012-V-413 | |
| 1-24-18 | 56. | Feb 19 2015 Recusal Order of Judges Kirby, Palmer and Sakrison, Coweta Superior Court No. 2012-V-413 | |
| | 57. | Mar 26 2015 Motion for Disqualification of Senior Judge William Ison, without attachments, rejected for filing by the Clerk of Court, Coweta Superior Court No. 2012-V-413 | |

*Admitted 1.24.18*

| Ex. No. | Description | Plaintiff's Objections | For Court Use |
|---|---|---|---|
| 64. | Feb 3, 2011 Mutual Release and Settlement Agreement between Nancy Michelle Murphy and Delia Tedder Crouch, Coweta Superior Court No. 2012-V-413 | | |
| 65. | Jan 12 2011 full and final Settlement Check from Delia Tedder Crouch's insurance carrier, Westport Insurance Corporation, in amount of $65,000, Coweta Superior Court No. 2012-V-413 | | |
| 66. | Feb 5 2010 letter from counsel for John Harold Murphy to counsel for Delia Tedder Crouch including preliminary calculations of amounts due to Michelle Murphy from retirement plan of John Harold Murphy, Coweta Superior Court No. 2012-V-413 | | |
| 67. | Audio Excerpt of Aug. 6 2013 Hearing before Judge Baldwin; correlates to Tr. pp. 1-5, Coweta Superior Court No. 2012-V-413 | | |
| 68. | December 6, 2010 letter from Millard Farmer to Kurt Kegel, counsel for John Harold Murphy after Dec. 3 2010 pre-trial conference, *Murphy v. Crouch*, Coweta Superior Court No. 08V2137 | | |
| 69. | Feb 1 2011 Mutual Release and Settlement Agreement between John Harold Murphy and Nancy Michelle Murphy, re: *Murphy v. Crouch*, Coweta Superior Court No. 08V2137 | none | ✓ |

Attachment G-2 Page 11 of 21

| For Court Use | Ex. No. | Description | Plaintiff's Objections |
|---|---|---|---|
| Admitted | 82. | Oct 17 2016 Renee Haugerud's Satisfaction of Judgment Coweta Superior Court No. 2012-V-413 | |
| | 83. | Dec 14 2012 Letter from Cindy Brown, Clerk of Superior Court of Coweta County, to Court of Appeals of Georgia, re: written confirmation that Case No. 2012V413 has been assigned to Judge Dennis Blackmon | |
| 1-24-18 | 84. | Jun 6 2012 letter from Larry King to Renee Haugerud | |
| | 85. | Jan 28 2011 Composite State Board of Medical Examiners Physician Profile Search Result Patricia Gail Jones-Nice, M.D. | |
| | 86. | Aug 11 2013 Composite State Board of Medical Examiners Physician Profile Search Result Patricia Gail Jones-Nice, M.D. | |
| | 87. | Aug 11 2013 Illinois Dept. of Financial & Professional Regulation Physician Profile Patricia G. Nice, M.D. | |
| | 88. | Aug 15 2013 Request to Illinois Dept. of Financial & Professional Regulation for verification of licensure, et al., re Patricia G. Nice, M.D. | |

| Ex. No. | Description | Plaintiff's Objections | For Court Use |
|---|---|---|---|
| 134. | June 19, 2014 Email exchange, Judge Baldwin (Julia Harris) and Millard Farmer | | Admitted 1-24-18 |
| 135. | Nov 2, 2017 FastCase Summary of *The State v. Cohen*, Supreme Court of Georgia, S17A1265 | | |

Attachment G-2 Page 22 of 22