AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

___Northern___ DISTRICT OF ___Georgia___

FILED IN CHAMBERS
U.S.D.C. - Newnan

JAN 26 2018

James N. Hatten, Clerk
By: _____ Deputy Clerk

JOHN H. MURPHY

V.

MILLARD C. FARMER, JR., et al.

## EXHIBIT LIST

Case Number: 3:15-CV-092-TCB

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| TIMOTHY C. BATTEN, SR. | Wilmer Parker, III ("Buddy") | Millard H. Farmer, Jr. |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 1/22/2018 - 1/26/18 | Lori Burgess | Suzy Edwards |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 5 | 1/25/18 | X | X | Copy of Complaint for Modification of Custody- not sent back with the jury; admitted for purposes of the record only. |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __1__ Pages