IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| JOHN H. MURPHY,<br><br>    Plaintiff,<br><br>v.<br><br>MILLARD C. FARMER, JR.,<br><br>    Defendant. | CIVIL ACTION FILE<br><br>NUMBER 3:15-cv-92-TCB |

## **O R D E R**

The Court has considered former party Deborah Beacham's motion [118] for injunctive relief, motion [122] for sanctions and protective order, and motion [126] for attorneys' fees and hereby denies all Ms. Beacham's motions.

IT IS SO ORDERED this 9th day of February, 2018.

_____
Timothy C. Batten, Sr.
United States District Judge