IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| JOHN H. MURPHY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 3:15-cv-092-TCB |
| MILLARD C. FARMER, JR., et al., ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

The proceedings in this case have been stayed pursuant to 11 U.S.C. §362, because the defendant, Millard Farmer, is presently involved in an action in the Bankruptcy Court. In order to not prejudice the rights of either party, the Court will hold this case in abeyance pending resolution of the bankruptcy. Accordingly, all filing deadlines are stayed, effective February 9, 2018. The Court, however, will retain jurisdiction. The abeyance will be lifted upon motion of a party following the termination or expiration of the bankruptcy stay should circumstances change which allow the action to proceed to disposition. This Order will not prejudice the rights of the parties to this litigation in any manner.

IT IS SO ORDERED this 8th day of March, 2018.

_____
Timothy C. Batten, Sr.
United States District Judge