IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

JOHN H. MURPHY.

    Plaintiff,

v.

MILLARD C. FARMER, JR.,

    Defendant.

CIVIL ACTION FILE NO.

3:15-cv-92-TCB

### ORDER

Pending before this Court is Plaintiff's request to administratively close this case or to extend the time for filing his response to Defendant's several pending motions.

A Judgment was entered in this matter on January 26, 2018, thereby closing the case. For good cause shown, Plaintiff's motion is GRANTED; he is relieved from having to respond to Defendant's motions until 21 days after the lifting of the bankruptcy action.

It is so **ORDERED** this 27th day of March, 2018.

Timothy C. Batten, Sr.
United States District Judge

AO 72A
(Rev.8/82)